UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEAD HOLMES,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES HORG, et al.,<br><br>    Defendants. | Case No.  1:24-cv-01573-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2)<br><br>ORDER TO ASSIGN A DISTRICT JUDGE |

Plaintiff Damead Holmes proceeds *pro se* in this action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the requisite showing required by § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is granted. Further, the Clerk of Court is directed to assign a District Judge.

IT IS SO ORDERED.

Dated:  **December 23, 2024**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1